IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA C. LOWRY, ANTHONY LAW, RAYMAR MCKENZIE, JAMES SMITH** and **MICHAEL CHAMPION,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:22cv991 **Electronic Filing** |
| **DENA BROWN** TRINITY GROUP SERVICE STAFF, **BENJAMIN O'LEARY** TRINITY GROUP SERVICE STAFF, **CORITHIAN FOODS** FOOD DISTRIBUTOR FOR TRINITY GROUP SERVICE, **JENNIFER PASSERELLI** DEPUTY WARDEN, **DAVID WINTERS** CAPTAIN, **SCOTT (UNKNOWN)** TRINITY GROUP SERVICE STAFF, **JANICE (UNKNOWN)** TRINITY GROUP SERVICE STAFF, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

The Complaint in the above captioned case was filed on July 6, 2022, and was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 69) filed on July 27, 2023, recommended that the claims against defendant Corithian Foods be dismissed for failure to effectuate service of the complaint in accordance with the court's orders and Rule 4(m) of the Federal Rules of Civil Procedure. The parties were informed that objections to the Report and Recommendation were due by August 10, 2023. No objections have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 23rd day of October, 2023,

IT ORDERED that the claims against Corithian Foods be, and the same hereby are, dismissed without prejudice. The [69] Report and Recommendation of Magistrate Judge Kelly dated July 27, 2023, is adopted as the opinion of the Court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    Joshua C. Lowry
07759-509
Hazelton
FCI Hazelton
Federal Correctional Institution
P. O. Box 5000
Bruceton Mills, WV 26525

Anthony Law
035754
Butler County Prison
202 S. Washington Street
Butler, PA 16001

Raymar McKenzie
035197
Butler County Prison
202 S. Washington Street
Butler, PA 16001

James Smith
09971-068
Hazelton
FCI Hazelton
Federal Correctional Institution
P. O. Box 5000
Bruceton Mills, WV 26525

Michael Champion
38900-068
Allenwood Low

Federal Correctional Institution
Inmate Mail/Parcels
P. O. Box 1000
White Deer, PA 17887

(*Sent Via First Class Mail*)

Daniel M. Vugrinovich, Esquire

(*Via CM/ECF Electronic Mail*)