IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA C. LOWRY, ANTHONY LAW, RAYMAR MCKENZIE, JAMES SMITH** and **MICHAEL CHAMPION,** ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | 2:22cv991<br>**Electronic Filing** |
| **DENA BROWN** TRINITY GROUP SERVICE STAFF, **BENJAMIN O'LEARY** TRINITY GROUP SERVICE STAFF, **CORITHIAN FOODS** FOOD DISTRIBUTOR FOR TRINITY GROUP SERVICE, **JENNIFER PASSERELLI** DEPUTY WARDEN, **DAVID WINTERS** CAPTAIN, **SCOTT (UNKNOWN)** TRINITY GROUP SERVICE STAFF, **JANICE (UNKNOWN)** TRINITY GROUP SERVICE STAFF, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The Complaint in the above captioned case was filed on July 6, 2022, and was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 80) filed on September 29, 2023, recommended that Defendants Jennifer Passerelli, David Winters, and Dena Brown's pending motions to dismiss be granted as to the claims asserted by Plaintiff Joshua C. Lowry. The parties were informed that objections to the Report and Recommendation were due by October 13, 2023. No objections have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 27th day of December, 2023,

IT IS HEREBY ORDERED that [54], [57] the motions to dismiss for failure to state a claim upon which relief can be granted filed by Defendants Jennifer Passerelli, David Winters, and Dena Brown are granted as to the claims asserted by Plaintiff Joshua C. Lowry.  The [80] Report and Recommendation of Magistrate Judge Kelly dated September 29, 2023, is adopted as the opinion of the Court.

        s/David Stewart Cercone
        David Stewart Cercone
        Senior United States District Judge

cc:    Joshua C. Lowry
       07759-509
       Hazelton
       FCI Hazelton
       Federal Correctional Institution
       P. O. Box 5000
       Bruceton Mills, WV 26525

       Anthony Law
       035754
       Butler County Prison
       202 S. Washington Street
       Butler, PA 16001

       Raymar McKenzie
       035197
       Butler County Prison
       202 S. Washington Street
       Butler, PA 16001

       James Smith
       09971-068
       Hazelton
       FCI Hazelton
       Federal Correctional Institution
       P. O. Box 5000
       Bruceton Mills, WV 26525

Michael Champion
38900-068
Allenwood Low
Federal Correctional Institution
Inmate Mail/Parcels
P. O. Box 1000
White Deer, PA 17887

(*Sent Via First Class Mail*)

Danielle M. Vugrinovich, Esquire
Maria N. Pipak, Esquire
Marie Milie Jones, Esquire
Michael R. Lettich, Esquire

(*Via CM/ECF Electronic Mail*)