IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA C. LOWRY, ANTHONY LAW, RAYMAR MCKENZIE, JAMES SMITH** and **MICHAEL CHAMPION,** ) ) ) ) ) | |
| Plaintiffs,   ) ) | |
| v.   ) ) | 2:22cv991 **Electronic Filing** |
| **DENA BROWN** TRINITY GROUP SERVICE STAFF, **BENJAMIN O'LEARY** TRINITY GROUP SERVICE STAFF, **CORITHIAN FOODS** FOOD DISTRIBUTOR FOR TRINITY GROUP SERVICE, **JENNIFER PASSERELLI** DEPUTY WARDEN, **DAVID WINTERS** CAPTAIN, **SCOTT (UNKNOWN)** TRINITY GROUP SERVICE STAFF, **JANICE (UNKNOWN)** TRINITY GROUP SERVICE STAFF, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants.   ) | |

## MEMORANDUM ORDER

The Complaint in the above captioned case was filed on July 6, 2022, and was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 86) filed on January 1, 2024, recommended that the claims against Defendant Benjamin O'Leary be dismissed for failure to prosecute. The parties were informed that objections to the Report and Recommendation were due by January 16, 2024. No objections have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 20th day of February, 2024,

IT IS HEREBY ORDERED that all claims against Defendant Benjamin O'Leary be, and the same hereby are, dismissed for failure to prosecute. The [86] Report and Recommendation of Magistrate Judge Kelly dated January 2, 2024, is adopted as the opinion of the Court; and

IT FURTHER IS ORDERED that the Clerk of Court enter final judgment in this case because there are not any remaining claims against any named defendant.

                                              s/David Stewart Cercone
                                              David Stewart Cercone
                                              Senior United States District Judge

cc:     Joshua C. Lowry
        07759-509
        Hazelton
        FCI Hazelton
        Federal Correctional Institution
        P. O. Box 5000
        Bruceton Mills, WV 26525

        Anthony Law
        035754
        Butler County Prison
        202 S. Washington Street
        Butler, PA 16001

        Raymar McKenzie
        035197
        Butler County Prison
        202 S. Washington Street
        Butler, PA 16001

        James Smith
        09971-068
        Hazelton
        FCI Hazelton
        Federal Correctional Institution
        P. O. Box 5000
        Bruceton Mills, WV 26525

Michael Champion
38900-068
Allenwood Low
Federal Correctional Institution
Inmate Mail/Parcels
P. O. Box 1000
White Deer, PA 17887

(*Sent Via First Class Mail*)

Danielle M. Vugrinovich, Esquire
Maria N. Pipak, Esquire
Marie Milie Jones, Esquire
Michael R. Lettich, Esquire

(*Via CM/ECF Electronic Mail*)